```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BAZOOKA COMPANIES, INC.,

             Plaintiff,

-against-

CLASSIC CONFECTIONS ENTERPRISES, INC.,

             Defendant.

---

22-cv-4656 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of Plaintiff's application for a preliminary injunction [ECF Nos. 6, 7]. IT IS HEREBY ORDERED that Plaintiff shall serve its complaint and application for a preliminary injunction on Defendant, and shall file proof of such service on ECF, by June 8, 2022 at 5:00 p.m. IT IS FURTHER ORDERED that Defendant shall file any opposition by June 10, 2022 at 5:00 p.m. IT IS FURTHER ORDERED that the parties shall appear for a hearing on June 17, 2022 at 11:00 AM. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date: June 7, 2022**
      **New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**