UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022
```

THE BAZOOKA COMPANIES, INC.,

                Plaintiff,

-against-

CLASSIC CONFECTIONS ENTERPRISES, INC.,

                Defendant.

22-cv-4656 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Defendant's letter requesting an adjournment of the hearing on Plaintiff's application for a preliminary injunction [ECF No. 15] and Plaintiff's letter opposing that request [ECF No. 17]. IT IS HEREBY ORDERED that the hearing is ADJOURNED to July 1, 2022 at 10:30 a.m.

**SO ORDERED.**

Date:  June 9, 2022
         New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**